**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**BRADY C. ERVIN and GINGER A. ERVIN, Husband and Wife** — **PLAINTIFFS**

**v.** **Case No. 1:14-cv-00014-KGB**

DEUTSCHE BANK TRUST COMPANY AMERICAS, OCWEN LOAN SERVICING, LLC, as Loan Servicer and Attorney-in-Fact for Deutsche Bank Trust Company Americas, MACKIE WOLF ZIENTZ & MANN, P.C., as Trustee for DEUTSCHE BANK TRUST COMPANY AMERICAS — **DEFENDANTS**

## ORDER

Pending before this Court are the motion to dismiss filed by separate defendant Mackie Wolf Zientz & Mann, P.C. ("Mackie") (Dkt. No. 3), a motion to dismiss the first amended complaint for failure to state a claim (Dkt. No. 11), a motion to remand filed by all plaintiffs (Dkt. No. 13), and a motion to extend time filed by all plaintiffs (Dkt. No. 14). Based on counsel's representations to the Court, these motions are denied without prejudice as moot. To the extent these matters remain unresolved by the parties, the parties may refile the pending motions.

SO ORDERED this the 30th day of September, 2014.

Kristine G. Baker
United States District Judge